MORTIMER RECORDS, d. b. a., *vs.* WALTER ALLEN, p. b. r.

New Castle County, May Term, 1894.

**Justice of the Peace. Certiorari.** The record of the Justice of the Peace must set out the residence of the defendant,

This was a *certiorari* to a Justice of the Peace for New Castle County.

*Burris,* for the defendant below appellant, filed the following exception:

The record does not disclose that either of the parties to the action was within the territorial jurisdiction of the Justice of the Peace before whom the action was brought.

LORE, C. J., delivered the opinion of the Court.

This judgment is reversed upon the ground that the record does not show the defendant to have been a resident of the hundred in which the Justice of the Peace resided nor of an adjoining hundred.